IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SENSORY PATH INC.     PLAINTIFF

v.     CIVIL NO. 3:19-CV-219-GHD-RP
     LEAD CASE

FIT AND FUN PLAYSCAPES LLC; et al.     DEFENDANTS

**CONSOLIDATED WITH**

FIT AND FUN PLAYSCAPES LLC     PLAINTIFF

v.     CIVIL NO. 3:22-CV-032-GHD-RP

SENSORY PATH INC.; et al.     DEFENDANTS

ORDER GRANTING MOTION TO CONTINUE TRIAL

In light of this Court's Order Granting the Parties' Motion to Consolidate [141] and in recognition of the new facets that this consolidation adds to the case *sub judice*, it is ORDERED that:

(1) the Defendants' Unopposed Motion to Continue Trial [138] is GRANTED; and

(2) the date of the commencement of the trial in this matter shall now be set for January 9, 2023.

SO ORDERED, this, the __8th__ day of March, 2022.

_____
SENIOR U.S. DISTRICT JUDGE